THE GENEVA AND WATERLOO RAILWAY COMPANY, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, Impleaded with THE FALL BROOK RAILWAY COMPANY.

*Geneva & W. R. Co.* v. *N. Y. C. & H. R. R. R. Co.*, 90 Hun, 607, affirmed.
(Argued March 1, 1897; decided March 16, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the fifth judicial department, entered November 6, 1895, which modified, and affirmed as modified, an order of Special Term, appointing commissioners to determine as to the crossing of defendant's railroad by plaintiff.

*Albert H. Harris* for appellant.

*Charles A. Hawley* for respondent.

Order affirmed, with costs; no opinion.
All concur.